PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
11/13/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: M.B.  DEPUTY

DOCKET NUMBER (Tran. Court)
2:12CR00096

DOCKET NUMBER (Rec. Court)
8:15-cr-00143 JVS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jonathan Gray | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE: Jennifer A. Dorsey

DATES OF PROBATION/SUPERVISED RELEASE
FROM: 11/14/2013
TO: 11/13/2016

OFFENSE
18 USC 712 &2   Misuse of Names, Words, Emblems or Insignia

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 30, 2015
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/12/15
Effective Date

[signature]
George H. King, Chief U. S. District Judge